1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4

5 | MATTHEW L. McCARTHY(CABN 217871)
Assistant United States Attorney

6

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:      (415) 436-6838

8 | Facsimile:      (415) 436-7234
Matthew.McCarthy@usdoj.gov

9

10 | Attorneys for Plaintiff

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,          )     No. CR 09-523-WHA
                                       )
17 |        Plaintiff,                  )     [PROPOSED] STIPULATED  ORDER
                                       )     CONTINUING SENTENCING
18 |     v.                             )
                                       )     **Current Hearing Date: February 23, 2010**
19 | ANTOINETTE COWDEN,                 )     Time:                      2:00 P.M.
                                       )     Judge:                     Hon. William H. Alsup
20 |        Defendant.                  )
                                       )     **Proposed Hearing Date: March 9, 2010**
21 |  _____ )     Time:                      2:00 P.M.

22

23

24

25

26

27

28

1    This matter is currently scheduled for a Sentencing Hearing before the Court on

2  Tuesday, February 23, 2010.

3    This matter was previously continued by the Court at the request of the parties in

4  order to occur after the resolution of the charges against Defendant Cowden's

5  co-defendant, Virginia Roberson.  The parties continue to believe that judicial economy

6  will be served by setting the Sentencing Hearing for Defendant Cowden after the

7  resolution of those charges.

8    In addition, the Clerk of the Court has informed counsel for the government that

9  the Court cannot proceed with the scheduled sentencing on February 23, 2010.

10    Therefore, the parties respectfully request that the Sentencing Hearing for

11  Defendant Cowden be continued until Tuesday, March 9, 2010 at 2:00 p.m., or another

12  date convenient for the Court.

13  IT IS SO STIPULATED.

14    2-23-2010                                    /s/

15  DATED                          JOSEPH P. RUSSONIELLO
                                   United States Attorney
16                                 Northern District of California
                                   MATTHEW L. McCARTHY
17                                 Assistant United States Attorney

18
      2-23-2010                                    /s/
19  DATED                          JOHN HEMANN
20                                 MORGAN, LEWIS & BOCKIUS LLP
                                   Attorney for Defendant Antoinette Cowden
21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
CR 09-523-WHA                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the foregoing reasons, the Sentencing Hearing for Defendant Antoinette Cowden is

continued until March 9, 2010 at 2:00 p.m.

IT IS SO ORDERED.

February 23, 2010.

_____                         _____

DATED                                    HON. WILLIAM H. ALSUP
                                         United States District Court Judge



[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
CR 09-523-WHA                                    2