MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com

Attorneys for Defendant
ANTOINETTE COWDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINETTE COWDEN,<br><br>　　　　　　Defendant. | No. CR 09-523-WHA<br><br>[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING<br><br>**Current Hearing Date: March 9, 2010**<br><br>Time:　　　　　　2:00 P.M.<br>Judge:　　　　　　Hon. William H. Alsup<br><br>**Proposed Hearing Date: April 13, 2010**<br>Time:　　　　　　2:00 P.M. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21586930.1

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA

1  This matter is currently scheduled for a Sentencing Hearing before the Court on Tuesday, March 9, 2010.

This matter was previously continued by the Court at the request of the parties in order to occur after the resolution of the charges against Defendant Cowden's co-defendant, Virginia Roberson. It now appears that the Roberson trial will not occur in the immediate future and it would be appropriate to conduct the Cowden sentencing before that time.

The Assistant U.S. Attorney and counsel for defendant Cowden have conferred regarding the sentencing to determine whether the issues to be decided by the Court can be narrowed. Counsel for defendant Cowden would like the opportunity to share information from a voluminous psychological evaluation of defendant Cowden with the AUSA before the AUSA makes his sentencing recommendation to the Court and to provide this information, under seal, to the Court prior to sentencing. Due to conflicting schedules, the time necessary to complete the evaluation, and the issues presented by the evaluation, the parties have not yet been able to complete this process. The parties further believe that the interests of justice require presentation and consideration of this information.

Therefore, the parties respectfully request that the Sentencing Hearing for Defendant Cowden be continued until Tuesday, April 6, 2010 at 2:00 p.m., or another date convenient for the Court.

IT IS SO STIPULATED.

| 3-8-2010 | /s/ |
|---|---|
| DATED | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |

| 3-8-2010 | /s/ |
|---|---|
| DATED | JOHN HEMANN<br>MORGAN, LEWIS & BOCKIUS LLP<br>Attorney for Defendant Antoinette Cowden |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21586930.1

2

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA

**ORDER**

For the foregoing reasons, the Sentencing Hearing for Defendant Antoinette Cowden is continued until April 13, 2010 at 2:00 p.m.

IT IS SO ORDERED.

March 8, 2010

DATED

HON. 
United S

HON. W
Judge William Alsup

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/21586930.1

3

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA