1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN H. HEMANN, State Bar No. 165823
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:  415.442.1000
   Fax:  415.442.1001
4  E-mail: jhemann@morganlewis.com

5  Attorneys for Defendant
   ANTOINETTE COWDEN

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | No. CR 09-523-WHA |
|---|---|---|
| 13 | Plaintiff, | [PROPOSED] STIPULATED ORDER CONTINUING SENTENCING AND SET STATUS CONFERENCE |
| 14 | v. | |
| 15 | ANTOINETTE COWDEN, | **Current Hearing Date: April 13, 2010** |
| 16 | Defendant. | Time: 2:00 P.M.<br>Judge: Hon. William H. Alsup |
| 17 | | **Proposed Hearing Date: May 11, 2010** |
| 18 | | Time: 2:00 P.M. |

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA

1    This matter is currently scheduled for a Sentencing Hearing before the Court on Tuesday,

2    April 13, 2010.

3    This matter was previously continued by the Court at the request of the parties in order to

4    occur after the resolution of the charges against Defendant Cowden's co-defendant, Virginia

5    Roberson, and then continued again so that information regarding Defendant Cowden's

6    psychological evaluation could be presented to the Assistant U.S. Attorney.

7    Defendant Cowden seeks an additional continuance as a result of a recent development

8    related to the drug evidence in this case.  This case involves the seizure of drugs by the San

9    Francisco Police Department and the subsequent testing of those drugs, for type and quantity, by

10   the San Francisco Police crime lab.  As has been widely reported in the local press, a former

11   employee of the crime lab was discovered to have been illegally removing drugs from the lab,

12   apparently for personal use.  Significant questions have been raised about both the tests conducted

13   by this particular employee *and* the integrity of the crime lab processes and procedures in general.

14   The San Francisco Police Department and the District Attorney are conducting investigations, and

15   numerous cases already have been dismissed by the District Attorney's office as a result of the

16   issues raised by the former employee's conduct.

17   Defendant Cowden's counsel requires additional time to review and investigate the

18   allegations related to the crime lab.  At a minimum, the quantity of the drugs at issue is relevant to

19   the pending sentencing, and other issues related to Ms. Cowden's plea, conviction, and criminal

20   history may become evident.

21   Accordingly, Defendant Cowden respectfully requests that the Sentencing Hearing for

22   Defendant Cowden be continued and that a status conference be set for May 11, 2010 at 2:00

23   p.m., or another date convenient for the Court.  The United States does not object to this request

24   and stipulates to this continuance.  The parties suggest that a status conference is more

25   appropriate than setting a sentencing date because it is not clear at this time when the

26   investigation of the crime lab will be completed and what further proceedings in this matter may

27   be necessary.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA

1    IT IS SO STIPULATED.

2    3-8-2010 _____          _____/s/_____

3    DATED                                      JOSEPH P. RUSSONIELLO
                                                United States Attorney
4                                               Northern District of California
                                                MATTHEW L. McCARTHY
5                                               Assistant United States Attorney

6    3-8-2010 _____          _____/s/_____

7    DATED                                      JOHN HEMANN
                                                MORGAN, LEWIS & BOCKIUS LLP
8                                               Attorney for Defendant Antoinette Cowden

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
~~[PROPOSED]~~ STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA

1

**ORDER**

2          For the foregoing reasons, the Sentencing Hearing for Defendant Antoinette Cowden is

3   continued and a status conference is scheduled for May 11, 2010 at 2:00 p.m.

4   IT IS SO ORDERED.

5          April 12, 2010.

6   _____          _____

7   DATED                                HON. WILLIAM H.
                                         United S

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

4

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
DR 09-523-WHA